UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT COLLINS (#706507)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

**CIVIL ACTION**

**NO.   21-257-JWD-EWD**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 6, 2022 (Doc. 4), to no objection was filed;

**IT IS ORDERED** that the federal claims of Plaintiff Robert Collins are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A, counting this dismissal as a strike for Plaintiff, Robert Collins, (See Doc. 4 at 9 n.39), that the Motion for Injunction Relief, (Doc. 2) is **DENIED**, and that the Court declines to exercise supplemental jurisdiction over any state law claims,

**IT IS FURTHER ORDERED** that, if sought, leave to amend shall be **DENIED** as Collins cannot state a federal claim consistent with the facts alleged.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 8, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**